JAMES FARROW et al., Respondents, *v.* BENJAMIN REAMER et al., Appellants.

(Argued December 17, 1878; decided January 21, 1879.)

*P. D. Niver* for appellants.

*J. F. Crawford* for respondents.

AGREE to affirm.    No opinion.
All concur.
Order affirmed.